# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT TAMBASCO and LORI TAMBASCO,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF ARMY, , *et al.*,

    Defendants.

NO. 3:17-CV-1857

(JUDGE CAPUTO)

## ORDER

**NOW**, this 8th day of March, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 6) is **GRANTED**.

(2) Defendants United States Department of Army, Tobyhanna Army Depot Police Department, and Claus D. Hensley are **DISMISSED** from the action.

(3) The United States of America is substituted as the sole Defendant in this action.

(4) Lori Tambasco's loss of consortium claim is **DISMISSED with prejudice**.

(5) The United States of America is directed to answer or respond to Plaintiff's Complaint within **twenty-one (21) days** from the date of entry of this Order.

(6) The Clerk of Court is directed to amend the caption as follows: Robert Tambasco, Plaintiff v. United States of America, Defendant.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge